UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE | § | CASE NO. 20-10251 |
| | § | |
| Neal Villarreal | § | |
| | § | CHAPTER 13 |
| DEBTOR(s) | § | |

---

CERTIFICATION BY DEBTORS' COUNSEL OF IN-PERSON MEETING BY
ALTERNATIVE MEANS PURSUANT TO GENERAL ORDER 2020-9

---

Pursuant to General Order 2020-9, I certify that the Debtor(s), Neal Villarreal, has met

with an attorney for not less than 1 hour as follows:

| | |
|---|---|
| Method: | Video Conference |
| (If Audio) Reason: | |
| Software: | Google Hangouts Video Call |
| Date: | October 28, 2020 |
| Time: | 3:00 p.m. |

Dated: October 28, 2020             Respectfully submitted,

OLIVA LAW
223 W. Nolana Boulevard
McAllen, Texas 78504
(956) 683-7800 - Telephone
(956) 868-4224 - Fax

By: /s/ Marcos D. Oliva
Marcos D. Oliva
marcos@oliva.law
SBOT 24056068
Federal I.D. 948435
Hector D. Picazo
Texas Bar No. 24091509
Federal I.D. 3137663
hector@oliva.law