IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 13** |
| | § | |
| Neal Villarreal | § | |
| | § | |
| Debtor(s) | § | **CASE NO. 20-10251** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that the undersigned attorney, Jeffry B. Lewis of Robertson Anschutz Vetters, LLC is entering an appearance as counsel for Creditor, International Bank of Commerce in the above-captioned and numbered case and hereby requests that notice of all matters arising in this case that is sent to any creditor, party in interest, creditors' committee or a member of any creditors' committee be sent to Jeffry B. Lewis at Robertson Anschutz Vetters, LLC, 10850 Richmond Avenue, Suite 350, Houston, TX 77042, bankruptcy@ravdocs.com.

Respectfully submitted this 4th day of November, 2020.

/s/ Jeffry B. Lewis
Jeffry B. Lewis
ROBERTSON ANSCHUTZ VETTERS, LLC
State Bar #12290000
10850 Richmond Avenue, Suite 350
Houston, TX 77042
Tel (713) 244-1360
Fax (713) 888-2703
bankruptcy@ravdocs.com
Attorneys for International Bank of Commerce

## Certificate of Service

      I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Notice was served upon those persons and entities listed below by either electronic mail or first-class U.S. mail.  I certify under penalty of perjury that this is true.

**DEBTORS:**
Neal Villarreal
409 Massachusetts
Harlingen, TX 78552

**DEBTORS' ATTORNEY:**
Marcos D Oliva
Oliva Law
223 W Nolana Boulevard
McAllen, TX 78504

**TRUSTEE:**
Cindy Boudloche
Chapter 13 Trustee
555 N Carancahua
Suite 600
Corpus Christi, TX 78401

                                                */s/ Jeffry B. Lewis*
                                                Jeffry B. Lewis