UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 PROCEEDING: |
| NEAL VILLARREAL | 20-10251-B-13 |
| DEBTOR | |

## MOTION TO DISMISS OR CONVERT

This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.

A hearing will be conducted on this matter on **September 9, 2021** at **10:00 am** in U.S. Bankruptcy Court located at:

US Federal Building & Courthouse, 600 E. Harrison, 3rd Floor, Brownsville, TX  78520

Represented parties should act through their attorney.

Cindy Boudloche, Trustee, moves to to dismiss the case or convert it to one under Chapter 7 pursuant to Fed. R. Bankr. P. 1017 and Local Bankruptcy Rule 1017-2 for the following reasons:

1. Debtor is more than fifteen (15) days delinquent on Chapter 13 plan payments. At the time this motion was filed, Debtor was $5,100.00 in arrears under the proposed plan.

WHEREFORE the Trustee prays that the case be dismissed or converted to Chapter 7, whichever shall be determined in the best interest of creditors.

Dated: August 9, 2021                                   Respectfully Submitted:

/s/  Cindy Boudloche

CINDY BOUDLOCHE, Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786 phone
(361) 888-4126 fax

#467

## CERTIFICATE OF SERVICE

I Certify that on or about August 9, 2021, a copy of the foregoing pleading was served electronically on all parties requesting electronic notice or by United States Mail to the Debtor, Debtor's Counsel and all parties listed below:

/s/ Cindy Boudloche

Cindy Boudloche, Trustee

NEAL VILLARREAL
409 MASSACHUSSETTS
HARLINGEN, TX  78552

MARCOS D OLIVA PC (B)
223 W NOLANA
MCALLEN, TX  78504

**Parties Requesting 2002 Notice**

LINEBARGER GOGGAN BLAIR
& SAMPSON LLP
PO BOX 17428
AUSTIN, TX  78760-7428

RYAN P DUNN
DUNN PLLC
405 MAIN STREET STE 836
HOUSTON, TX  77002

JEFFRY B LEWIS
C/O ROBERTSON ANSCHUTZ VETTERS LLC
10850 RICHMOND AVE STE 350
HOUSTON, TX  77042